# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In Re: Ronald Lamar Mixon     Judy Dugan Mixon     Case Number:    13-30058
       c/o Sharon Glance                                                  Judge:           Laura T. Beyer
       314 N. Modena Street                                          Dated:          September 14, 2013
       Gastonia, NC  28054-1111

       SSN (1): XXX-XX-6524       SSN (2): XXX-XX-5168

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

    The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

    Claim information in motion is current as of September 14, 2013.

    **IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| ACCESS ONE | 10 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 2481 |
| ACCOUNTS RECEIVABLE MGMT | 11 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 0488 |
| AEROFLOW HEALTHCARE | 12 |  | U-Unsecured | 80 | $0.00 | NOT FILED | ERAL |
| AFNI INC | 13 |  | Z-Notice Only | 99 | $0.00 | NOT FILED | 0301 |
| ALLIED INTERSTATE | 14 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 2673 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 35 | 5 | U-Unsecured | 80 | $535.78 | Pay by Trustee | 2223 |
| ARRIVA MEDICAL | 15 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 8249 |
| AT&T | 16 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 3190 |
| BAKER FAMILY DENTAL PRACTICE | 17 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 6344 |
| CAROLINA FOOT & ANKLE SPECIALISTS PA | 18 | 6 | U-Unsecured | 80 | $415.67 | Pay by Trustee | 4405 |
| CAROLINAS MEDICAL CENTER | 19 | 4 | U-Unsecured | 80 | $1,650.40 | Pay by Trustee | 2659 |
| CAROMONT HEALTH/GASTON MEMORIAL HOSPITAL | 20 | 9 | U-Unsecured | 80 | $11,714.32 | Pay by Trustee | 5168 |
| CAROMONT HEALTH/GASTON MEMORIAL HOSPITAL | 47 | 12 | U-Unsecured | 80 | $2,978.41 | Pay by Trustee | 6524 |
| CAROMONT MEDICAL GROUP | 46 | 10 | U-Unsecured | 80 | $25.00 | Pay by Trustee | IVEN |
| CITIFINANCIAL | 3 |  | Z-Notice Only | 99 | $0.00 | NOT FILED | 2725 |
| CITIFINANCIAL SERVICES INC | 4 | 15 | N-Mortgage/Lease Arrea | 98 | $0.00 | PAY OUTSIDE | 2725 |
| CITIFINANCIAL SERVICES INC | 5 | 15 | M-Mortgage/Lease | 98 | $34,469.49 | PAY OUTSIDE | 2725 |
| CITY OF GASTONIA | 22 | 8 | U-Unsecured | 80 | $99.86 | Pay by Trustee | 5240 |
| CLEVELAND COUNTY EMS | 23 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 1782 |

CASE NO: 13-30058     DEBTORS: Ronald Lamar Mixon AND Judy Dugan Mixon

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| DEAL'S GLASS SERVICES LLC | 24 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8783 |
| DISH NETWORK | 25 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0619 |
| ENHANCED RECOVERY CORP | 26 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7243 |
| FIRST CARE MEDICAL CENTER | 27 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1476 |
| GASTON COUNTY EMS | 28 | 2 | U-Unsecured | 80 | $2,580.25 | Pay by Trustee | 0119 |
| GASTON COUNTY TAX COLLECTOR | 8 | 3 | P-Priority | 70 | $413.67 | Pay by Trustee | 5746 |
| GASTON COUNTY TAX COLLECTOR | 9 | 3 | S-Secured-Pro-Rata | 50 | $1,418.37 | Pay by Trustee | 7092 |
| GASTON COUNTY TAX COLLECTOR | 45 | 3 | U-Unsecured | 80 | $75.69 | Pay by Trustee | 8695 |
| GE CAPITAL | 29 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2673 |
| GE CAPITAL RETAIL BANK | 30 | 13 | U-Unsecured | 80 | $2,005.93 | Pay by Trustee | 2672 |
| GEOFFREY A PLANER | 1 | | B-Base Attorney Fee(s) | 20 | $668.00 | $168.00 INSIDE / $500.00 OUTSIDE | |
| GEOFFREY A PLANER | 2 | | B-Base Attorney Fee(s) | 50 | $2,582.00 | Pay by Trustee | |
| GEOFFREY A PLANER | 48 | | L-Legal Fees | 50 | $475.00 | Pay by Trustee | |
| GEOFFREY A PLANER | 49 | | L-Legal Fees | 50 | $400.00 | Pay by Trustee | |
| HEALTH CARE SOLUTIONS | 31 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3493 |
| LIFEAID INC | 33 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3204 |
| MEDICREDIT | 34 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 1055 |
| PARAGON REVENUE GRP | 36 | | U-Unsecured | 80 | $0.00 | NOT FILED | ERAL |
| PIEDMONT ADJUSTMENT BUREAU | 37 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7242 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 32 | 14 | U-Unsecured | 80 | $625.50 | Pay by Trustee | 2713 |
| PREMIER FEDERAL CREDIT UNION | 38 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2280 |
| PREMIER FEDERAL CREDIT UNION | 6 | 7 | S-Secured-Pro-Rata | 50 | $8,000.00 | SURRENDERED | 2280 |
| PREMIER FEDERAL CREDIT UNION | 10,006 | 7 | U-Unsecured | 80 | $1,377.31 | SURRENDERED | 2280 |
| PRINCE PARKER & ASSOC INC | 39 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4909 |
| PROFESSIONAL RECOVERY CONSULTANTS | 40 | | U-Unsecured | 80 | $0.00 | NOT FILED | ERAL |
| RETINIAL INSTITUTE | 41 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5258 |
| RIGHT SOURCE | 42 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7772 |
| SANTANDER CONSUMER USA | 7 | 1 | C-Car (910) | 98 | $16,293.13 | $92.22 INSIDE / $16,200.91 OUTSIDE | 5168 |
| SOUTHERN CREDIT & ADJUSTERS | 43 | | U-Unsecured | 80 | $0.00 | NOT FILED | ERAL |
| UNIVERSAL FINANCE INC | 44 | 11 | U-Unsecured | 80 | $1,679.41 | Pay by Trustee | 3578 |

Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: September 14, 2013    Warren L. Tadlock
Standing Chapter 13 Trustee
4600 Park Rd Ste 101
Charlotte, NC  28209-0201

CASE NO: 13-30058                                                    DEBTORS: Ronald Lamar Mixon AND Judy Dugan Mixon

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtors' confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing by October 20, 2013 at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> 401 W TRADE ST.
> CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Tuesday, October 29, 2013 at 2:00 pm at the following address.

> CHARLES JONAS FEDERAL BUILDING
> ROOM 126
> 401 WEST TRADE STREET
> CHARLOTTE, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated: September 14, 2013                           Warren L. Tadlock
                                                    Standing Chapter 13 Trustee
                                                    By:  L. Wilkins-Austin

CASE NO:  13-30058                                          DEBTORS: Ronald Lamar Mixon AND Judy Dugan Mixon

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| In Re: | Ronald Lamar Mixon | Judy Dugan Mixon | Case Number: | 13-30058 |
|---|---|---|---|---|
| | c/o Sharon Glance | | Judge: | Laura T. Beyer |
| | 314 N. Modena Street | | Dated: | September 14, 2013 |
| | Gastonia, NC  280541111 | | | |
| | SSN (1): XXX-XX-6524 | SSN (2): XXX-XX-5168 | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on September 20, 2013.

                                              L. Wilkins-Austin
                                              Office of the Chapter 13 Trustee

ACCESS ONE, DEPT 0763, PO BOX 2252, BIRMINGHAM, AL 35246
ACCOUNTS RECEIVABLE MGMT, PO BOX 129, THOROFARE, NJ 08086
AEROFLOW HEALTHCARE, 3165 SWEETEN CREEK ROAD, ASHEVILLE, NC 28803
AFNI INC, PO BOX 223721, DALLAS, TX 75222
ALLIED INTERSTATE, PO BOX 1962, SOUTHGATE, MI 48195
AMERICAN INFOSOURCE LP AS AGENT FOR, MIDLAND FUNDING LLC, PO BOX 268941, OKLAHOMA CITY, OK 73126
ARRIVA MEDICAL, 4252 NW 120TH AVENUE, CORAL SPRINGS, FL 33065
AT&T, PO BOX 105262, ATLANTA, GA 30348
BAKER FAMILY DENTAL PRACTICE, PO BOX 827, KINGS MOUNTAIN, NC 28086
CAROLINA FOOT & ANKLE SPECIALISTS PA, 2391 COURT DRIVE STE 100, GASTONIA, NC 28054
CAROLINAS MEDICAL CENTER, PO BOX 32861, CHARLOTTE, NC 28232
CAROMONT HEALTH/GASTON MEMORIAL HOSPITAL, PO BOX 1747, GASTONIA, NC 28053
CAROMONT HEALTH/GASTON MEMORIAL HOSPITAL, PO BOX 405336, ATLANTA, GA 30384
CAROMONT MEDICAL GROUP, 2240 REMOUNT ROAD, GASTONIA, NC 28054
CITIFINANCIAL SERVICES INC, PO BOX 6043, SIOUX FALLS, SD 57117
CITIFINANCIAL SERVICES INC, PO BOX 70919, CHARLOTTE, NC 28272
CITIFINANCIAL, 1451-A E FRANKLIN BLVD, GASTONIA, NC 28054
CITY OF GASTONIA, PO BOX 8600, GASTONIA, NC 28053
CLEVELAND COUNTY EMS, PO BOX 863, LEWISVILLE, NC 27023
DEAL'S GLASS SERVICES LLC, 1170 HWY 9 BYP W, LANCASTER, SC 29720
DISH NETWORK, DEPT 0063, PALATINE, IL 60055
ENHANCED RECOVERY CORP, 8014 BAYBERRY ROAD, JACKSONVILLE, FL 32256
FIRST CARE MEDICAL CENTER, 404 S SUTHERLAND AVENUE, MONROE, NC 28112
GASTON COUNTY EMS, PO BOX 1475, GASTONIA, NC 28053
GASTON COUNTY TAX COLLECTOR, PO BOX 1578, GASTONIA, NC 28053-1578
GE CAPITAL RETAIL BANK, ATTN BANKRUPTCY DEPARTMENT, PO BOX 960061, ORLANDO, FL 32896
GE CAPITAL, PO BOX 103104, ROSWELL, GA 30076
HEALTH CARE SOLUTIONS, PO BOX 189, WYNNE, AR 72396
LIFEAID INC, 2 STAHUBER AVENUE, UNION, NJ 07083
MEDICREDIT, 13730 S POINT BLVD, CHARLOTTE, NC 28273
PARAGON REVENUE GRP, PO BOX 127, CONCORD, NC 28026
PIEDMONT ADJUSTMENT BUREAU, PO BOX 668885, CHARLOTTE, NC 28266
PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 12914, NORFOLK, VA 23541
PORTFOLIO RECOVERY ASSOCIATES, PO BOX 41067, NORFOLK, VA 23541
PREMIER FEDERAL CREDIT UNION, PO BOX 26590, GREENSBORO, NC 27415
PRINCE PARKER & ASSOC INC, PO BOX 474690, CHARLOTTE, NC 28247
PROFESSIONAL RECOVERY CONSULTANTS, 2700 MERIDIAN PKWY #200, DURHAM, NC 27713-2204
RETINIAL INSTITUTE, 724 ARDEN LANE STE 220, ROCK HILL, SC 29732
RIGHT SOURCE, PO BOX 745099, CINCINNATI, OH 45274

Ronald Lamar Mixon, Judy Dugan Mixon, c/o Sharon Glance, 314 N. Modena Street, Gastonia, NC 28054-1111
SANTANDER CONSUMER USA, PO BOX 560284, DALLAS, TX 75356
SANTANDER CONSUMER, PO BOX 961245, FORT WORTH, TX 76161
SOUTHERN CREDIT & ADJUSTERS, PO BOX 1964, SOUTHGATE, MI 48195
UNIVERSAL FINANCE INC, 1038 LENOIR RHYNE BLVD SE, HICKORY, NC 28602

Total Served: 44