B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA

In re:

**Ronald Lamar Mixon & Judy Dugan Mixon**

Case No.

**13-30058**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Quantum3 Group LLC as agent for | Santander Consumer USA Inc. |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices to transferee should be sent:

**Quantum3 Group LLC as agent for NCEP, LLC**
**PO Box 788**
**Kirkland, WA 98083-0788**

Court Claim # (if known):  **1**
Amount of Claim:  **16,293.13**
Date Claim Filed:  **01/17/2013**

Phone: 425-242-7100                Phone:

Last Four Digits of Acct #: **9876**        Last Four Digits of Acct #: **9876**

Name and Address where transferee payments should be sent (if different from above):

Phone:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Linh Tran**                Date: **9/1/2015**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.